**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| HILDA L. SOLIS, | | |
| Secretary of the U.S. Department of Labor, | : | Case No. 3:12-CV-283 |
| Plaintiff, | : | Magistrate Judge Sharon L. Ovington (Consent) |
| -vs- | : | |
| BRUCE E. SPENCER, *et al.*, | : | Magistrate Judge Michael J. Newman (Mediator) |
| Defendants. | : | |

**ORDER SETTING PRE-MEDIATION TELEPHONE CONFERENCE**

The above-captioned action is hereby set for a pre-mediation telephone conference on **Monday, September 9, 2013 at 3:00 p.m.** The parties are directed to call 1-877-336-1839, enter access code 2725365, security code 932013, and wait for the Court to join the conference.

During the telephone conference, which is expected to last no more than fifteen minutes, the following issues will be discussed:

1) **Identification of party and insurance company representatives**: The parties shall identify the party representative(s) and insurance company representative(s) who will be attending the mediation in person, as required by the Court's Order for Court-Conducted Mediation entered in this case, and shall ensure the Court that said representatives have appropriate settlement authority;

2) **Communication of Demand(s)**: Plaintiff(s) will be instructed to make a demand to Defendant(s), and Defendant(s) will be instructed to make a counter-offer prior to the mediation;

3) **Physical Separation of Parties**:  The parties shall inform the Court if physical separation of the parties is necessary (*i.e.*, whether safety concerns or hostile relationships warrant putting the parties in rooms on different floors, or even in different buildings); and

4) **Questions about the Order for Court-Conducted Mediation**:  If the parties have questions about the Court's Order for Court Conducted Mediation, they should raise those questions during this telephone conference.

    **IT IS SO ORDERED.**

July 2, 2013                                                  **s/Michael J. Newman**
                                                                              United States Magistrate Judge