IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| Secretary of Labor Hilda L. Solis, United States Department of Labor, | : | |
| | : | |
| Plaintiff, | | Case No. 3:12cv00283 |
| | : | |
| vs. | | District Judge Thomas M. Rose |
| | : | Chief Magistrate Judge Sharon L. Ovington |
| Bruce E. Spencer, *et al.*, | | |
| | : | |
| Defendants. | | |
| | : | |

## DECISION AND ENTRY

The Court has reviewed the Report and Recommendations of Chief United States Magistrate Judge Sharon L. Ovington (Doc. #30), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendations filed on July 30, 2013 (Doc. #30) is ADOPTED in full;

2. Plaintiff's Motion for Default Judgment as to Defendant Tannile Elizabeth Ortiz (Doc. #25) is GRANTED;

3. The specific injunctive relief, damages, and Judgment Plaintiff seeks in her Motion (Doc. #25, PageID at 97) is imposed as to Defendant Tannile Elizabeth Ortiz

August 20, 2013                                        *s *Thomas M. Rose*

                                                    _____
                                                        Thomas M. Rose
                                                    United States District Judge